**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Kentucky**
**Covington Division**

**Case No.: 10-22303**

**IN RE: MICHAEL HENRY HELMER &**
**JANICE MARIE SMITH HELMER        DEBTORS**

**CERTIFICATE OF SERVICE OF PAYMENT ADVICES**

I certify that on the date shown below I mailed a copy of the payment advices discussed in 11 USC 521(a) (B) (iv) to the following:

Hon. Michael L. Baker
541 Buttermilk Pike
Suite 500, Box 175710
Covington, KY

United States Trustee
100 E. Vine Street
Suite 500
Lexington, KY 40507

Date documents mailed: August 30, 2010

/s/ Delores Woods Baker
DELORES WOODS BAKER, P.S.C.
ATTORNEY FOR DEBTORS
134 West Third Street
Maysville, Kentucky 41056
606-564-7969